Certificate Number: 17082-PAE-DE-036689506

Bankruptcy Case Number: 22-11711



17082-PAE-DE-036689506

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2022, at 10:37 o'clock AM MST, PAUL E MAIETTI completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 17, 2022

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director