IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> PAUL EDWARD MAIETTI, <br>     Debtor, <br><br> SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS INDENTURE TRUSTEE FOR CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-D, <br>     Movant, <br><br> v. <br><br> PAUL EDWARD MAIETTI, and <br> SCOTT F. WATERMAN, Trustee, <br>     Respondents. | Bankruptcy No. 22-11711-pmm <br><br> Chapter 13 <br><br> Related to Doc. No. 14 |

PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK OF COURTS:

    Kindly withdraw the Objection to Confirmation of Plan filed on behalf of Specialized Loan Servicing, LLC as Servicing Agent for The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D on September 14, 2022 at Document No. 14. The Debtor's First Amended Chapter 13 Plan filed on April 5, 2023 at Document No. 25 resolves the Objection to Confirmation of Plan.

Dated: April 6, 2023

                                              Respectfully submitted,

                                              By: /s/ Keri P. Ebeck
                                              Keri P. Ebeck
                                              PA I.D. # 91298
                                              kebeck@bernsteinlaw.com
                                              601 Grant Street, 9th Floor
                                              Pittsburgh, PA 15219
                                              412-456-8112
                                              Fax: 412-456-8135