**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Paul Edward Maietti | Case # 22-11711-PMM |
| Debtors | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I, Charles Laputka, Esquire, do hereby certify that on the 26th day of June, 2023, a true and correct copy of the 3rd Amended Chapter 13 Plan was served upon all creditors listed in the matrix and by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Scott F. Waterman, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

Keri P Ebeck, Esquire
Bernstein-Burkley, P.C.
601 Grant Street
9th Floor
Pittsburgh, PA 15219
kebeck@bernsteinlaw.com

The Bank of NY Mellon
c/o Select Portfolio Servicing Inc
PO Box 65250
Salt Lake City, UT 84165-0250

Brian Craig Nicholas, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
bnicholas@kmllawgroup.com

The Bank of NY Mellon
c/o Specialized Loan Servicing LLC
6200 S Quebec Street – Ste 300
Greenwood Village, CO 80111

Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102