| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-11711-PMM**

| | |
|---|---|
| Paul Edward Maietti | Petition Filed Date: 06/29/2022 |
| 38 Old Orchard Dr | 341 Hearing Date: 08/02/2022 |
| Easton  PA    18045 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2022 | $52.00 | 28330733294 | 09/27/2022 | $52.00 | 27973604924 | 10/31/2022 | $52.00 | 28330739976 |
| 11/30/2022 | $52.00 | 28330728063 | 12/29/2022 | $52.00 | 28330749292 | 01/31/2023 | $52.00 | 28330746917 |
| 02/28/2023 | $52.00 | 28427176405 | 03/29/2023 | $52.00 | 28330743778 | 05/01/2023 | $52.00 | 28427185372 |
| 06/01/2023 | $52.00 | 26401932810 | 06/27/2023 | $52.00 | 28427195553 | 07/31/2023 | $52.00 | 28427195968 |

**Total Receipts for the Period: $624.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $676.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $0.00 | $2,788.00 |
| 1 | SELECT PORTFOLIO SERVICING INC »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SPECIALIZED LOAN SERVICING LLC »» 002 | Mortgage Arrears | $53,851.80 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11711-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $676.00 | Current Monthly Payment: | $1,326.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($52.00) |
| Paid to Trustee: | $56.16 | Total Plan Base: | $62,946.00 |
| Funds on Hand: | $619.84 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.